IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02241-BNB

EARL CROWNHART,

Plaintiff,

v.

TIM ABBOTT,
T. FLUARTY,
GLENNA CROUCH,
JAN YONKER,
GARY MORGAN,
GARY SULLVAN, and
DICK MAN,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff Earl Crownhart is in the custody of the Colorado Department of Corrections and currently is housed at the San Carlos Correctional Facility in Pueblo, Colorado. On October 16, 2007, Mr. Crownhart submitted to the Court a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Magistrate Judge Boyd N. Boland entered an order on October 29, 2007, directing Plaintiff to show cause why the Complaint and action should not be dismissed as repetitious. Plaintiff now has failed to respond to the October 29, 2007, Order, or to communicate with the Court in any way. The Court upon review of the file finds that the Complaint is repetitious and should be dismissed pursuant to 28 U.S.C. ss 1915(e)(2)(B) as legally frivolous. Accordingly, it is

ORDERED that the Complaint and the action are dismissed as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

DATED at Denver, Colorado, this 25 day of ___January___, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02241-BNB

Earl Crownhart
Prisoner No. 113771
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1 28 08

GREGORY C. LANGHAM, CLERK

By:_____
           Deputy Clerk