IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02241-ZLW

EARL CROWNHART,

     Plaintiff,

v.

TIM ABBOTT,
T. FLUARTY,
GLENNA CROUCH,
JAN YONKER,
GARY MORGAN,
GARY SULLVAN, and
DICK MAN,

     Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

     Plaintiff filed three motions with the Court (Doc. Nos. 11, 12 and 13) on October 20, 2010. The motions are DENIED as inappropriate. This case was dismissed by an order and a judgment filed on January 28, 2008. Any further inappropriate filings in this action will be stricken.

     Dated: October 25, 2010