IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02241-ZLW

EARL CROWNHART, aka EARL JOSEPH LOOSE,

        Plaintiff,

v.

TIM ABBOTT,
T. FLUARTY,
GLENNA CROUCH,
JAN YONKER,
GARY MORGAN,
GARY SULLIVAN, and
DICK MAN,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

    Plaintiff submitted  a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. 24 which is being treated as a Notice of Appeal on October 29, 2010 .  The court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
        __X__     is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
        __ __     is not submitted
        __ __     is missing affidavit
        __X__     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
        __ __     is missing required financial information

___     is missing an original signature by the prisoner

___     is not on proper form (must use the court's current form)

___     other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 3rd  day of November, 2010.

BY THE COURT:

_____

SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO