**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02241-ZLW

EARL CROWNHART,

    Plaintiff,

v.

TIM ABBOTT,
T. FLUARTY,
GLENNA CROUCH,
JAN YONKER,
GARY MORGAN,
GARY SULLIVAN, and
DICK MAN,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On March 21, 2012, Plaintiff filed a request to reopen this action.  The request, Doc. No. 27, is DENIED.  The action was dismissed on January 28, 2008, as legally frivolous.  The request is denied for the same reasons set forth in the Court's January 28 Order of Dismissal.

Dated:  March 23, 2012,