**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-02241-ZLW

EARL CROWNHART,

    Plaintiff,

v.

TIM ABBOTT,
T. FLUARTY,
GLENNA CROUCH,
JAN YONKER,
GARY MORGAN,
GARY SULLIVAN, and
DICK MAN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On March 29, 2012, Plaintiff filed three nonsensical motions, Document Nos. 30, 31,and 32.  The motions are inappropriate. Pursuant to the October 25, 2010 Minute Order the filings are ordered stricken.